AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 16, 2022**

SEAN F. McAVOY, CLERK

ENOW-TAMBONG AGBORBAIYEE, an individual,

*Plaintiff*

v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS, a department of the State of Washington; JAMES KEY, an individual; and MEGAN WOODS, an individual,

*Defendants*

Civil Action No. 2:21-CV-0054-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The federal claim asserted against Defendants James Key and Megan Woods is DISMISSED with prejudice. Any remaining state law claims are DISMISSED without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on Defendant's Motion for Summary Judgment, ECF No. 23.

Date: 9/16/2022

CLERK OF COURT

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas